FILED

PETITION FOR A WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

JAN 28 AM 10: 57

Name **Durr**            **Dewane**            **K**
      (Last)              (First)              (Initial)

Prisoner Number __P-12787__

Institutional Address __F-2-B-136 UP    P.O.Box 5244__

__Corcoran, California  93212__

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Dewane Kent Durr
(Enter the full name of plaintiff in this action.)

vs.

Ken Cleck (Warden)

Edmand G, Brown Jr.

(Attorney General)

(Enter the full name of respondent(s) or jailor in this action)

Case No. _____ **WHA**
(To be provided by the clerk of court)

PETITION FOR A WRIT
OF HABEAS CORPUS

**(PR)**

Read Comments Carefully Before Filling In

When and Where to File

You should file in the Northern District if you were convicted and sentenced in one of these counties: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo and Sonoma. You should also file in this district if you are challenging the manner in which your sentence is being executed, such as loss of good time credits, and you are confined in one of these counties. Habeas L.R. 2254-3(a).

If you are challenging your conviction or sentence and you were not convicted and sentenced in one of the above-named fifteen counties, your petition will likely be transferred to the United States' District Court for the district in which the state court that convicted and sentenced you is located. If you are challenging the execution of your sentence and you are not in prison in one of these counties, your petition will likely be transferred to the district court for the district that includes the institution where you are confined. Habeas L.R. 2254-3(b).

PET. FOR WRIT OF HAB. CORPUS          - 1 -

Who to Name as Respondent

You must name the person in whose actual custody you are. This usually means the Warden or jailor. Do not name the State of California, a city, a county or the superior court of the county in which you are imprisoned or by whom you were convicted and sentenced. These are not proper respondents.

If you are not presently in custody pursuant to the state judgment against which you seek relief but may be subject to such custody in the future (e.g., detainers), you must name the person in whose custody you are now <u>and</u> the Attorney General of the state in which the judgment you seek to attack was entered.

A. INFORMATION ABOUT YOUR CONVICTION AND SENTENCE

1. What sentence are you challenging in this petition?

 (a) Name and location of court that imposed sentence (for example; Alameda County Superior Court, Oakland):

 <u>Lancaster Superior Court</u>  <u>Los Angeles</u>
 Court          Location

 (b) Case number, if known __MA-029593__

 (c) Date and terms of sentence __June 20, 2005  Tern six year's__

 (d) Are you now in custody serving this term? (Custody means being in jail, on parole or probation, etc.)   Yes __X__   No ____

 Where?

 Name of Institution: __Corcoram S.A.T.F__

 Address: __P.O. Box 5244 Corcoran CA, 93212__

2. For what crime were you given this sentence? (If your petition challenges a sentence for more than one crime, list each crime separately using Penal Code numbers if known. If you are challenging more than one sentence, you should file a different petition for each sentence.)

__EX-Felon Possession of a Firearn with a Prior Strike, Penal Code 12021(A)(1), 667.5(B) and 1170(B).__

3. Did you have any of the following?

    Arraignment:    Yes __X__    No _____

    Preliminary Hearing:    Yes _____    No __X__

    Motion to Suppress:    Yes _____    No __X__

4. How did you plead?

    Guilty __X__    Not Guilty _____    Nolo Contendere _____

    Any other plea (specify) _____

5. If you went to trial, what kind of trial did you have?

    Jury _____    Judge alone _____    Judge alone on a transcript _____

6. Did you testify at your trial?    Yes _____    No __X__

7. Did you have an attorney at the following proceedings:

    (a)    Arraignment    Yes __X__    No _____

    (b)    Preliminary hearing    Yes _____    No __X__

    (c)    Time of plea    Yes __X__    No _____

    (d)    Trial    Yes _____    No __X__

    (e)    Sentencing    Yes __X__    No _____

    (f)    Appeal    Yes _____    No __X__

    (g)    Other post-conviction proceeding    Yes _____    No __X__

8. Did you appeal your conviction?    Yes __X__    No _____

    (a)    If you did, to what court(s) did you appeal?

        Court of Appeal    Yes __X__    No _____

        Year: _2006_    Result: _Denied_

        Supreme Court of California    Yes __X__    No _____

        Year: _2007_    Result: _Denied_

        Any other court    Yes _____    No __X__

        Year: _____    Result: _____

    (b)    If you appealed, were the grounds the same as those that you are raising in this

|   |   |   |   |   |
|---|---|---|---|---|
| 1 |   | petition? | Yes __X__ | No ____ |
| 2 | (c) | Was there an opinion? | Yes ____ | No __X__ |
| 3 | (d) | Did you seek permission to file a late appeal under Rule 31(a)? | | |
| 4 |   |   | Yes ____ | No __X__ |

5   If you did, give the name of the court and the result:

6   _____

7   _____

8   9. Other than appeals, have you previously filed any petitions, applications or motions with respect to
9   this conviction in any court, state or federal?          Yes ____   No __X__

10   [Note: If you previously filed a petition for a writ of habeas corpus in federal court that
11   challenged the same conviction you are challenging now and if that petition was denied or dismissed
12   with prejudice, you must first file a motion in the United States Court of Appeals for the Ninth Circuit
13   for an order authorizing the district court to consider this petition. You may not file a second or
14   subsequent federal habeas petition without first obtaining such an order from the Ninth Circuit. 28
15   U.S.C. §§ 2244(b).]

16   (a)   If you sought relief in any proceeding other than an appeal, answer the following
17   questions for each proceeding. Attach extra paper if you need more space.

18   I.   Name of Court: _____
19   Type of Proceeding: _____
20   Grounds raised (Be brief but specific):
21   a. _____
22   b. _____
23   c. _____
24   d. _____
25   Result: _____ Date of Result: _____
26   II.  Name of Court: _____
27   Type of Proceeding: _____
28   Grounds raised (Be brief but specific):

PET. FOR WRIT OF HAB. CORPUS         - 4 -

```
                    a. _____
                    b. _____
                    c. _____
                    d. _____
                 Result: _____ Date of Result: _____

        III.     Name of Court: _____
                 Type of Proceeding: _____
                 Grounds raised (Be brief but specific):
                    a. _____
                    b. _____
                    c. _____
                    d. _____
                 Result: _____ Date of Result: _____

        IV.      Name of Court: _____
                 Type of Proceeding: _____
                 Grounds raised (Be brief but specific):
                    a. _____
                    b. _____
                    c. _____
                    d. _____
                 Result: _____ Date of Result: _____

   (b)   Is any petition, appeal or other post-conviction proceeding now pending in any court?
                                          Yes _____    No  X
         Name and location of court: _____
```

B. GROUNDS FOR RELIEF

State briefly every reason that you believe you are being confined unlawfully. Give facts to support each claim. For example, what legal right or privilege were you denied? What happened? Who made the error? Avoid legal arguments with numerous case citations. Attach extra paper if you

PET. FOR WRIT OF HAB. CORPUS        - 5 -

1  need more space. Answer the same questions for each claim.

2  [Note: You must present ALL your claims in your first federal habeas petition. Subsequent
3  petitions may be dismissed without review on the merits. 28 U.S.C. §§ 2244(b); McCleskey v. Zant,
4  499 U.S. 467, 111 S. Ct. 1454, 113 L. Ed. 2d 517 (1991).]

5  Claim One: **The trial court exceeded it's juridiction by**
6  **imposing upper term of six years.(Please see attached sheet.)**
7  Supporting Facts: **On June 20,2005 Petitoner enter a plea of**
8  **guilty for ex-felon possession of a firearm with a prior**
9  **strike.The courts chose the upper term.** In doing so violate's
10  petitioner's right to jury trial on any fact the law made (Please see Att)

11  Claim Two: **The trial court used the same prior three times.**
12  
13  Supporting Facts: **On June 20,2005 Petitoner was sentece and**
14  **the court used the same prior three times.One as an element**
15  **of the crime,two as a strike to double the sentence,and**
16  **three to impose the upper-term.**
17  Claim Three: **N/A**
18  
19  Supporting Facts: **N/A**
20  
21  
22  
23  If any of these grounds was not previously presented to any other court, state briefly which
24  grounds were not presented and why:
25  **N/A**
26  
27  
28  

PET. FOR WRIT OF HAB. CORPUS          - 6 -

1 <u>CONTINUE CLAIM ONE:</u>In doni so violate's petitioner's sixth and fourteeth amendments

3 <u>CONTINUE SUPPORTING FACT NUMBER ONE:</u>essential to the punishment, and the judge exceed the proper authority.

5 "
6 "
7 "
8 "
9 "
10 "
11 "
12 "
13 "
14 "
15 "
16 "
17 "
18 "
19 "
20 "
21 "
22 "
23 "
24 "
25 "
26 "
27 "

1  List, by name and citation only, any cases that you think are close factually to yours so that they
2  are an example of the error you believe occurred in your case. Do not discuss the holding or reasoning
3  of these cases:
4  Cunninghan VS. California,05-655/and people VS.Jones (1993)5Cal.4TH 1142.

7  Do you have an attorney for this petition?         Yes____   No X
8  If you do, give the name and address of your attorney:

10  WHEREFORE, petitioner prays that the Court grant petitioner relief to which s/he may be entitled in
11  this proceeding. I verify under penalty of perjury that the foregoing is true and correct.

13  Executed on  1-16-08                    _[signature]_
14          Date                            Signature of Petitioner

20  (Rev. 6/02)

PET. FOR WRIT OF HAB. CORPUS       - 7 -

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

SECOND APPELLATE DISTRICT

DIVISION EIGHT

COURT OF APPEAL - SECOND DIST.
FILED
APR - 5 2006
JOSEPH A. LANE  Clerk
C. HON
Deputy Clerk

In re

DEAWNE KENT DURR

on Habeas Corpus.

B189867

(Super. Ct. No. MA029593)

(Thomas R. White, Judge)

ORDER

THE COURT*:

We have read and considered the petition for writ of habeas corpus filed on March 24, 2006. The petition is denied.

* RUBIN, Acting P.J.,        BOLAND, J.,        FLIER, J.

S149441

# IN THE SUPREME COURT OF CALIFORNIA

En Banc

In re DEWANE KENT DURR on Habeas Corpus

The petition for writ of habeas corpus is denied.

SUPREME COURT
**FILED**

NOV 2 8 2007

Frederick K. Ohlrich Clerk

_____
Deputy

**GEORGE**
_____
Chief Justice

# PROOF OF SERVICE

I, Dewane Kent Durr, CERTIFY AND DECLARE THAT I AM OVER THE AGE OF (18) YEARS, A PARTY TO THE WITHIN ACTION AND A CITIZEN AND OR RESIDENT OF THE UNITED STATES.

I SERVED THE FOLLOWING DOCUMENT(S), Petition for Writ of Habeas Corpus UPON THE PARTIES LISTED BELOW BY PLACING SEALED ENVELOPES IN THE UNITED STATES MAIL HERE AT F-2-8136 4P P.O Box 5244 Corcoran, CALIFORNIA AS FOLLOWS:

Clerk of the United States District Court for the Northern District of California
450 Golden Av.
P.O. Box 36060
San Francisco Ca. 94102

I, Dewane Kent Durr, SWEAR UNDER THE PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

EXECUTED AND DATED THIS __1__ DAY OF __16__, 20 _08_

_____
DECLARANT