FILED

08 JAN 28 AM 10: 57

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Ken Clerk (Warden)
Edmand G, Brown Jr. (Attorney General)    Plaintiff,

vs.

Dewane Kent Durr    Defendant.

CASE NO. _____

PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS

WHA

(PR)

I, **Dewane Kent Durr**, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ____ No __X__

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  <u>Unemployed was receiving general relief</u>
5  _____
6  _____

7  2.    Have you received, within the past twelve (12) months, any money from any of the
8  following sources:

9    a.   Business, Profession or              Yes ____ No  X
10        self employment
11   b.   Income from stocks, bonds,           Yes ____ No  X
12        or royalties?
13   c.   Rent payments?                       Yes ____ No  X
14   d.   Pensions, annuities, or              Yes ____ No  X
15        life insurance payments?
16   e.   Federal or State welfare payments,   Yes ____ No  X
17        Social Security or other govern-
18        ment source?

19 If the answer is "yes" to any of the above, describe each source of money and state the amount
20 received from each.
21 _____
22 _____

23 3.    Are you married?                      Yes  X  No ____
24 Spouse's Full Name: <u>Desiree terrell Toney</u>
25 Spouse's Place of Employment: <u>Unknown</u>
26 Spouse's Monthly Salary, Wages or Income:
27 Gross $ <u>Unknown</u>                    Net $ <u>Unknown</u>
28 4.  a.  List amount you contribute to your spouse's support:$ <u>None</u>

PRIS. APP. TO PROC. IN FORMA PAUPERIS, Case No. _____  - 2 -

1       b.     List the persons other than your spouse who are dependent upon you for

2            support and indicate how much you contribute toward their support. (NOTE:

3            For minor children, list only their initials and ages. DO NOT INCLUDE

4            THEIR NAMES.).

5   **None** _____

6   _____

7   5.     Do you own or are you buying a home?     Yes \_\_\_\_ No **X**

8   Estimated Market Value: $_____ Amount of Mortgage: $_____

9   6.     Do you own an automobile?     Yes \_\_\_\_ No **X**

10   Make _____ Year _____ Model _____

11   Is it financed? Yes \_\_\_\_ No **X** If so, Total due: $_____

12   Monthly Payment: $_____

13   7.     Do you have a bank account? Yes \_\_\_\_ No **X** (Do not include account numbers.)

14   Name(s) and address(es) of bank: _____

15   _____

16   Present balance(s): $_____

17   Do you own any cash? Yes \_\_\_\_ No **X** Amount: $_____

18   Do you have any other assets? (If "yes," provide a description of each asset and its estimated

19   market value.) Yes \_\_\_\_ No **X**

20   _____

21   8.     What are your monthly expenses?

22   Rent: $ **No** _____ Utilities: **No** _____

23   Food: $ **No** _____ Clothing: **No** _____

24   Charge Accounts:

25

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| N/A | $ N/A | $ N/A |
| N/A | $ N/A | $ N/A |
| N/A | $ N/A | $ N/A   9. Do |

1  you have any other debts? (List current obligations, indicating amounts and to whom they are
2  payable. Do not include account numbers.)
3  __No_____
4  _____

5  10.    Does the complaint which you are seeking to file raise claims that have been presented
6  in other lawsuits?   Yes ___  No _X_
7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8  which they were filed.
9  __N/A_____
10 _____

11       I consent to prison officials withdrawing from my trust account and paying to the court
12 the initial partial filing fee and all installment payments required by the court.
13       I declare under the penalty of perjury that the foregoing is true and correct and
14 understand that a false statement herein may result in the dismissal of my claims.

15
16  _1-16-08_____            _Dewuane Ruv_____
17      DATE                    SIGNATURE OF APPLICANT

PRIS. APP. TO PROC. IN FORMA PAUPERIS, Case No. _____    - 4 -

# PROOF OF SERVICE

I, Dewane Kent Durr, CERTIFY AND DECLARE THAT I AM OVER THE AGE OF (18) YEARS, A PARTY TO THE WITHIN ACTION AND A CITIZEN AND OR RESIDENT OF THE UNITED STATES.

I SERVED THE FOLLOWING DOCUMENT(S), Prisoner's Application to Proceed in forma Pauperis UPON THE PARTIES LISTED BELOW BY PLACING SEALED ENVELOPES IN THE UNITED STATES MAIL HERE AT F-2-B136 4P P.O. Box 5244 Corcoran CALIFORNIA AS FOLLOWS:

Clerk of the United States District court for the Northern District of Califonia
450 Golden Gate Av.
Box 36060
San Francisco Ca. 94102

I, Dewane Kent Durr, SWEAR UNDER THE PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

EXECUTED AND DATED THIS ___1___ DAY OF ___16___, 20_08_

_Dewane Durr_
DECLARANT

```
 1
 2                                              Case Number: _____
 3
 4
 5
 6
 7
 8
 9                         CERTIFICATE OF FUNDS
10                                  IN
11                         PRISONER'S ACCOUNT
12
13      I certify that attached hereto is a true and correct copy of the prisoner's trust account
14  statement showing transactions of _Dewane Kent Durr_____ for the last six months
15  at
16                                  [prisoner name]
17  _Corcoran Satf_____ where (s)he is confined.
18           [name of institution]
19      I further certify that the average deposits each month to this prisoner's account for the
20  most recent 6-month period were $ ___0___ and the average balance in the prisoner's
21  account each month for the most recent 6-month period was $___0___.
22
23  Dated: _1-16-08_                          _Colwell      AOS_
24                                              [Authorized officer of the institution]
25
26
27
28
```

- 5 -

```
                    CALIFORNIA DEPARTMENT OF CORRECTIONS
                           SATF/SP AT CORCORAN
                       INMATE TRUST ACCOUNTING SYSTEM
                       INMATE TRUST ACCOUNT STATEMENT

              FOR THE PERIOD: JUN. 01, 2007 THRU JAN. 11, 2008

ACCOUNT NUMBER : P12787              BED/CELL NUMBER: FFB2T1000000136U
ACCOUNT NAME   : DURR, DEWANE KENT       ACCOUNT TYPE: I
PRIVILEGE GROUP: A
                          TRUST ACCOUNT ACTIVITY

 << NO ACCOUNT ACTIVITY FOR THIS PERIOD >>


                          CURRENT HOLDS IN EFFECT
  DATE        HOLD
  PLACED      CODE     DESCRIPTION          COMMENT       HOLD AMOUNT
  --------    ----     -----------          -------       -----------
  12/26/2007  H118     LEGAL COPIES HOLD    3395/12-07         2.80

                          TRUST ACCOUNT SUMMARY

  BEGINNING   TOTAL     TOTAL         CURRENT     HOLDS    TRANSACTIONS
  BALANCE     DEPOSITS  WITHDRAWALS   BALANCE     BALANCE  TO BE POSTED
  ---------   --------  -----------   -------     -------  ------------
     0.00      0.00       0.00          0.00       2.80        0.00


                                             CURRENT
                                             AVAILABLE
                                             BALANCE
                                             ---------
                                               2.80-
```

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
        TRUST OFFICE

Dewane Kent Durr # P12787
F-2-B136 up
P.O. Box 5244
Corcoran, California 93212

**RECEIVED**
JAN 28 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

LEGAL MATERIALS

Att: Clerk of Northern
District Court of California
450 Golden Gate Av.
P.O. Box 36060
San Francisco, Ca 94102



UNITED STATES POSTAGE
$ 02.320
MAILED FROM ZIP CODE 93212